# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

Joaquin Cortorreal

**CRIMINAL COMPLAINT**

CASE NUMBER: 94-M00 26-01-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___October 1, 1993___ in ___Worcester___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement for escape from the custody of the Massachusetts Department of Correction, a felony in violation of Massachusetts General Laws Chapter 268, Section 16.

in violation of Title ___18___ United States Code, Section(s) ___1073___

I further state that I am a(n) ___Special Federal Officer, FBI___ and that this complaint is based on the following
Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:    ☑ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____
Date

ROBERT B. COLLINGS
United States Magistrate Judge
_____
Name & Title of Judicial Officer

at ___Boston, MA___
City and State

_____
Signature of Judicial Officer

AFFIDAVIT

I, Robert Patenaude, Special Federal Officer, Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

1.  The Federal Bureau of Investigation has been requested to assist the Massachusetts Department of Correction in the location an apprehension of Joaquin Cortorreal;

  a.  Joaquin Cortorreal was charged with the crime of Escape, by Complaint filed in Clinton District Court on October 4, 1993;

  b.  The crime of Escape is a felony under Massachusetts General Laws Chapter 268, Section 16;

  c.  On October 4, 1993, an arrest warrant was issued by Clinton District Court for the apprehension of Joaquin Cortorreal within the Commonwealth of Massachusetts;

  d.  Law enforcement efforts to locate Joaquin Cortorreal within the Commonwealth of Massachusetts have been unsuccessful;

  e.  It is believed that Joaquin Cortorreal has fled the Commonwealth of Massachusetts because Cortorreal has a history of residence in New York City, New York and family members reportedly reside there;

  f.  The Massachusetts Department of Correction will rendite Joaquin Cortorreal if he is apprehended outside the District of Massachusetts;

1

2.     Attached hereto and made a part hereof are certified copies of the following:

       a.     Complaint; and

       b.     Arrest Warrant

 

_____
ROBERT PATENAUDE
Special Federal Officer


Subscribed and sworn to before me this __/3__ day of April, 1994.


_____
United States Magistrate Judge


2

| WARRANT | | | Trial Court of Massachusetts |
|---|---|---|---|
| 9368 | | 9368CR1430 | **District Court Department** |

| COURT DIVISION | | |
|---|---|---|

Clinton

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**

Joaquin Cortorreal
72 Oread Street
Worcester, MA

100 74 0447

**TO ANY AUTHORIZED OFFICER:**

**REASON FOR WARRANT**

☒ Representation of prosecutor that defendant may not appear unless arrested.

☐ Defendant failed to appear after being summoned to appear.

☐ Defendant failed to appear after recognizing to appear.

☐ Defendant failed to pay [fine] [costs] in the amount of $_____.

☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.

☐ Other:

| DEF DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 8/30/59M | 999 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 10/1/93 | MCI Lancaster |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Michael Sonia | MCI Lancaster |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 10/4/93 | warrant |

**COUNT-OFFENSE**

A. ESCAPE MCI  C268, S16

being lawfully imprisoned in the Massachusetts Correctional Institution at Lancaster did break therefrom, and escape, in violation of G.L.c.268,s.16.

PENALTY:  Imp SP not 10 yrs. or by imp. in jail/HofC for not 2½yrs.

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

*Joseph G. Pyne*
NOTARY PUBLIC

MY COMMISSION EXPIRES
APRIL 5, 1996

THE COURT HAS ORDERED THAT A ☒ WARRANT ☐ DEFAULT WARRANT ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| WITNESS: FIRST JUSTICE | DATE OF ISSUE | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| Thomas F. Fallon | 10-4-93 | |

**FOR COMPLAINT** ☐ JUVENILE  93C_____1430

☐ ARREST   ☐ HEARING   ☐ SUMMONS

The within named complainant requests that a complaint _____ within
named defendant, charging said defendant with the offense _____ below.

**District Court Department**

COURT DIVISION

_____ District Court
___ - _____ St. - P.O. Box __
_____, MA _____

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE | | NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|---|---|---|---|
| ___ | 10-1-__ | ___ | | 1. | ___ | C___ |
| | | | | | | 3 16 |

NAME OF COMPLAINANT

_____

ADDRESS AND ZIP CODE OF COMPLAINANT

| | | | | NO. | | |
|---|---|---|---|---|---|---|
| | | | | 2. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

___ _____
72 _____ St
Worcester, MA

| | NO. | |
|---|---|---|
| | 3. | |
| | 4. | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on ____ | DATE OF HEARING | TIME OF HEARING  AT | COURT USE ← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM  Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY  Goods stolen, etc. destroyed, etc. | VALUE OR PROPERTY  Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON  Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**OTHER REMARKS:** Walk away _____ _____ ____ the Release Setting Security
Count Revealed he was _____ ___ grounds
Still at Large

SIGNATURE OF COMPLAINANT

**DEFENDANT _____** — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | | | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| 8-30-57 | South _____ | | ___ 2447 | M | W | | | | |

| OCCUPATION | EMPLOYER | | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|---|

_Joseph H. Pepe_
NOTARY PUBLIC
MY COMMISSION EXPIRES
APRIL 5, 199_

COMPLAINANT'S COPY



William F. Weld
*Governor*

Larry E. DuBois
*Commissioner*

Michael T. Maloney
*Deputy Commissioner*

*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*Leverett Saltonstall Building, Government Center*

*100 Cambridge Street, Boston, Mass. 02202*

*(617) 727-3300*

March 25, 1994

Honorable Donald Stern
United States Attorney
District of Massachusetts
John W. McCormack Post Office &
Courthouse, Room 1025
Boston, Massachusetts  02190

RE:  **APPLICATION FOR UNLAWFUL FLIGHT TO AVOID PROSECUTION ON JOAQUIN CORTORREAL, AKA/JOSE LUIS, JOSE LUIS DUARTE, JOAQUIN CORTORREAL DUARTE, HISPANIC MALE, DOB/30 AUGUST 1959, SSAN/100740447, FBIN/514940RA1, HEIGHT/5'8", WEIGHT/190 LBS., HAIR/BLACK, EYES/BROWN, POB/SANTO DOMINGO, DOMINICAN REPUBLIC, MOTHER/MARIE DUARTE, FATHER/THOMAS CORTORREAL DUARTE.**

The Massachusetts Department of Correction is making formal application for an Unlawful Flight to Avoid Prosecution warrant on the above individual.  The subject was convicted of Trafficking Cocaine in violation of Massachusetts General Laws Chapter 94C Section 32E(b)(i) and sentenced to a 5-10 year sentence to the state prison at Cedar Junction from the Superior Court in Worcester County.  Date of sentence was 11 November 1990.

The subject escaped from the Massachusetts Correctional Institution at Lancaster on 1 October 1993.  A felony warrant (#9368CR1430) was issued on 1 October 1993 from the Clinton, Massachusetts District Court in violation of Massachusetts General Laws Chapter 268 Section 16.

Based on the results of an ongoing investigation being conducted by this Department's Fugitive Apprehension Unit, it is believed that the subject did flee the Commonwealth of Massachusetts.  A complete investigative file is maintained by this division.

-2-

If apprehended, Massachusetts will rendite the subject.  Subject
has been entered into NCIC.

If additional information is required, please advise this office.

Thank you for your attention to this matter.

Sincerely,

Curtis M. Wood, Deputy Chief
Fugitive Apprehension Unit