UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 94-26-LPC |
| ) | |
| JOAQUIN CORTORREAL, ) | |
| ) | |
| Defendant. ) | |

STATUS REPORT

In response to the Court's Order of February 8, 2005, the United States reports the above-captioned matter is still active and requests the matter remain open.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  *//s// Heidi E. Brieger*

JAMES D. HERBERT
HEIDI E. BRIEGER
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210